UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.:  16-21594-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

ALTAGRACIA TAVAREZ
XXX-XX-9397

DEBTOR_____/

**TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF
SERVICE OF COURT GENERATED NOTICE OF HEARING**

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. The automatic stay was not extended pursuant to 11 U.S.C. §362(c)(3) or imposed pursuant to 11 U.S.C. §362(c)(4);

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 18th day of November, 2016.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS  
CASE NO.:  16-21594-BKC-JKO

## **SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
ALTAGRACIA TAVAREZ
7825 ALHAMBRA BLVD
MIRAMAR, FL  33023

**ATTORNEY FOR DEBTOR**
HECTOR H. GONZALEZ, ESQUIRE
1800 SW 1ST STREET
SUITE 214
MIAMI, FL  33135

**CREDITOR(S)**
ALBERTELLI LAW
POB 23028
TAMPA, FL  33623

SANTANDER CONSUMER USA
POB 560284
DALLAS, TX  75356

SANTANDER CONSUMER USA
POB 961245
FORT WORTH, TX  76161

SYNCHRONY BANK
C/O RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVENUE, SUITE 1120
MIAMI, FL  33131